**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**NEIL J. EVANS, OSB # 965515**
neil.evans@usdoj.gov
Assistant United States Attorney
**United States Attorney's Office**
**District of Oregon**
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:    (503) 727-1053
Facsimile:     (503) 727-1117
    **Attorneys for United States**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 11-CV-00638-SI |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO COMPEL ANSWERS TO QUESTIONS UNDER RULE 30 ORAL DEPOSITION** |
| **WESTERN RADIO SERVICES CO.,** | |
| Defendant. | ORAL ARGUMENT REQUESTED |

Plaintiff, United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Neil J. Evans, Assistant United States Attorney for the District of Oregon, pursuant to Fed R Civ. Pro. 26, 30 and 37, hereby moves this Court to compel Richard Oberdorfer, owner of defendant Western Radio,  to answer questions he failed to answer

Page 1 -    **United States' Motion to Compel Answers**
            *USA v. Western Radio Services*; Case No. 11-CV-00638-SI

during a deposition of September 27, 2011.

Pursuant to LR 7-1 plaintiff's counsel has conferred with defense counsel and made a good faith effort to resolve our disputes regarding the discovery of information, including the failure to answer deposition questions, identified in the supporting memorandum. The parties are in disagreement regarding the relevancy objections, privileges and other arguments set forth by the defense.

The United States seeks reasonable expenses pursuant to Fed. R. Civ. Pro. 37(a)(5) as well as an order requiring Richard Oberdorfer to appear at the U.S. Courthouse Portland, for a continuation of his deposition following his submission of full responses to the interrogatories sought by plaintiff.

Dated this 13th day of October, 2011.

    Respectfully submitted,

    S. AMANDA MARSHALL
    United States Attorney
    District of Oregon


    */s/ Neil J. Evans*
    NEIL J. EVANS
    Assistant United States Attorney